# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| E.G., by and through her legal custodian and grandfather, R.G., ) ) ) | |
| Plaintiff, ) ) | |
| v. ) | CIVIL ACTION 18-0265-WS-MU |
| ) COMPANION BENEFIT ) ALTERNATIVES, INC., ) ) | |
| Defendant. ) | |

## JUDGMENT

In accordance with the Order entered on this date, granting defendant's Motion to Dismiss Amended Complaint (doc. 17), it is **ordered, adjudged and decreed** that plaintiff shall have and take nothing, and that this action be, and the same hereby is, **dismissed without prejudice**.

DONE and ORDERED this 26th day of September, 2018.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE